Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for Focus Receivables Management, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOHLKE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FOCUS RECEIVABLES MANAGEMENT, LLC, <br><br> Defendant. | Case No.:  15-CV-05279-MWF-AGR <br><br> JOINT NOTICE OF SETTLEMENT |

Notice is hereby given that this matter has been settled as to Plaintiff's individual claims.  The claims of the putative class are not affected by the settlement. The parties anticipate their written settlement agreement will be prepared and fully executed within 30 days. The parties anticipate filing a stipulation for dismissal of

the Plaintiff's individual claims with prejudice and a stipulation for dismissal of the claims of the putative class without prejudice upon execution of the agreement.

Dated: 2/4/16           LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                        */s/Todd M. Friedman*
                        Todd M. Friedman
                        Attorney for Plaintiff
                        Robert Bohlke

Dated: 2/4/16           SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        */s/Debbie P. Kirkpatrick*
                        Debbie P. Kirkpatrick
                        Attorney for Defendant
                        Focus Receivables Management, LLC