**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

3/9/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOHLKE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>FOCUS RECEIVABLES MANAGEMENT, LLC<br><br>                Defendant. | ) Case No.  15-cv-05279 MWF-AGR<br>)<br>)<br>)<br>) ORDER OF DISMISSAL WITHOUT<br>) PREJUDICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Based on the Stipulation to Dismiss Without Prejudice filed by Plaintiff Robert Bohlke and Defendant Focus Receivables Management, LLC, the above-captioned action is hereby dismissed in its entirety without prejudice.

    **IT IS SO ORDERED.**

Dated: March 9, 2016   _____
HON. MICHAEL W. FITZGERALD
United States District Judge

1